441 A.2d 779

Commonwealth v. Mattei, Appellant.

Submitted October 28, 1981.   Ross S. Bash, for appellant;   Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and SHERTZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.

441 A.2d 779

Commonwealth v. McMenamin, Appellant.

Submitted November 14, 1980.   Robert X. Medonis, for appellant;   Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WIEAND and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., concurred in the result and filed a memorandum concurring opinion.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.